UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, ex rel. NANCY A. SMITH and WENDY S. JOHNSON,<br><br>   Plaintiffs,<br>  v.<br><br>NEIL ALAN VAN DYCK, DPM, et al.,<br><br>   Defendants. | Case No. 2:12-cv-01783 GEB DAD<br><br>[PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR UNITED STATES AND THE STATE OF CALIFORNIA TO DETERMINE WHETHER TO INTERVENE<br><br>FILED UNDER SEAL |

Having considered the Ex Parte Application of the United States and the State of California for an extension of time, and for good cause shown,

IT IS HEREBY ORDERED that the United States and State of California shall have until and including March 18, 2013, within which to notify the Court of their respective decisions whether to intervene in this action.

IT IS HEREBY FURTHER ORDERED that this case, including the Complaint and all other filings, shall remain under seal until and including March 18, 2013, and until further order of this Court, unless the United States requests that the seal be lifted prior to that date.

IT IS SO ORDERED.

Dated: 9/15/12

_____
United States District Judge

cc:  Counsel for the United States
     Counsel for the State of California
     Counsel for the relator

United States' Ex Parte App. for Ext. of Time