1

UNITED STATES DISTRICT COURT

2

EASTERN DISTRICT OF CALIFORNIA

3

4

5

6

7

8

9

10

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, *ex rel.* NANCY A. SMITH and WENDY S. JOHNSON, | ) ) ) ) ) | Case No. 2:12-cv-01783 GEB DAD |
| Plaintiffs, | ) ) ) | ORDER GRANTING EXTENSION OF TIME FOR UNITED STATES AND THE STATE OF CALIFORNIA TO DETERMINE WHETHER TO INTERVENE |
| v. | ) ) | |
| NEIL ALAN VAN DYCK, DPM, et al., | ) ) | **FILED UNDER SEAL** |
| Defendants. | ) ) ) | |

11        Having considered the *Ex Parte* Application of the United States and the State of California for

12    an extension of time, and for good cause shown,

13        **IT IS HEREBY ORDERED** that the United States and State of California shall have until and

14    including **July 18, 2013**, within which to notify the Court of their respective decisions whether to

15    intervene in this action.

16        **IT IS HEREBY FURTHER ORDERED** that this case, including the Complaint and all other

17    filings, shall remain under seal until and including **July 18, 2013**, and until further order of this Court,

18    unless the United States requests that the seal be lifted prior to that date.

19        **IT IS SO ORDERED**.

20    Dated:  March 12, 2013

21

22        _____
          GARLAND E. BURRELL, JR.

23        Senior United States District Judge

24

25    cc:    Counsel for the United States

26           Counsel for the State of California
             Counsel for the relator

27

28