IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA, *ex rel.* NANCY A. SMITH and WENDY S. JOHNSON,<br><br>                Plaintiffs,<br><br>    v.<br><br>NEIL ALAN VAN DYCK, DPM, et al.,<br><br>                Defendants. | Case No. 2:12-cv-01783-GEB-DAD<br><br>[PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR UNITED STATES AND THE STATE OF CALIFORNIA TO DETERMINE WHETHER TO INTERVENE<br><br>**FILED UNDER SEAL** |

Having considered the *Ex Parte* Application of the United States and the State of California for an extension of time, and for good cause shown,

**IT IS HEREBY ORDERED** that the United States and State of California shall have until and including **November 18, 2013**, within which to notify the Court of their respective decisions whether to intervene in this action.

**IT IS HEREBY FURTHER ORDERED** that this case, including the Complaint and all other filings, shall remain under seal until and including **November 18, 2013**, and until further order of this Court, unless the United States requests that the seal be lifted prior to that date.

**IT IS HEREBY FURTHER ORDERED** that the pretrial scheduling conference currently scheduled for August 15, 2013, at 9:00 a.m. is continued to **December 16, 2013**, at 9:00 a.m.

**IT IS SO ORDERED**.

**Date:** **7/16/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge