IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA, *ex rel.* NANCY A. SMITH and WENDY S. JOHNSON,<br><br>Plaintiffs,<br><br>v.<br><br>NEIL ALAN VAN DYCK, DPM, et al.,<br><br>Defendants. | CASE NO. 2:12-CV-01783-GEB-DAD<br><br>**[PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR UNITED STATES AND THE STATE OF CALIFORNIA TO DETERMINE WHETHER TO INTERVENE**<br><br>**FILED UNDER SEAL** |

Having considered the *Ex Parte* Application of the United States and the State of California for an extension of time, and for good cause shown,

**IT IS HEREBY ORDERED** that the United States and State of California shall have until and including **May 19, 2014**, within which to notify the Court of their respective decisions whether to intervene in this action.

**IT IS HEREBY FURTHER ORDERED** that this case, including the Complaint and all other filings, shall remain under seal until and including **May 19, 2014**, and until further order of this Court, unless the United States requests that the seal be lifted prior to that date.

**IT IS HEREBY FURTHER ORDERED** that the pretrial scheduling conference currently scheduled for December 16, 2013, at 9:00 a.m. is continued to **June 23, 2014**, at 9:00 a.m.  A joint status report shall be filed fourteen days prior to the hearing.

**IT IS SO ORDERED**.

Dated:  December 2, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge