BENJAMIN B. WAGNER
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2741
Facsimile: (916) 554-2900
kelli.l.taylor@usdoj.gov

Attorneys for United States of America

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA AND THE STATE OF CALIFORNIA, *ex rel.*, NANCY A. SMITH and WENDY S. JOHNSON,<br><br>Plaintiffs,<br><br>v.<br><br>NEIL ALAN VAN DYCK, DPM, et al.,<br><br>Defendants. | CASE NO.  2:12-CV-1783 GEB DAD<br><br>**[PROPOSED] ORDER RE *EX PARTE* APPLICATION TO PARTIALLY LIFT THE SEAL ON THE *QUI TAM* COMPLAINT**<br><br>**[FILED UNDER SEAL]** |

Upon consideration of the United States' *Ex Parte* Application for a Partial Lifting of the Seal, and for good cause shown,

IT IS HEREBY ORDERED that, at its option, the United States may disclose the existence of this *qui tam* action along with the allegations raised by Relators, and provide a copy of the complaint and any subsequent amended complaints filed, to defendant Neil Alan Van Dyck, D.P.M.

IT IS FURTHER ORDERED that the complaint and all other filings shall remain under seal, except insofar as that seal has been partially lifted by this Court.

IT IS SO ORDERED.

Dated: October 30, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

[Proposed] Order re *Ex Parte* Application To Partially Lift
The Seal On The *Qui Tam* Complaint

1