BENJAMIN B. WAGNER
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2741
Facsimile: (916) 554-2900
kelli.l.taylor@usdoj.gov

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA AND THE STATE OF CALIFORNIA, *ex rel*., NANCY A. SMITH and WENDY S. JOHNSON,<br><br>Plaintiffs,<br><br>v.<br><br>NEIL ALAN VAN DYCK, DPM, et al.,<br><br>Defendants. | CASE NO. 2:12-CV-1783 GEB DAD<br><br>[PROPOSED] ORDER RE *EX PARTE* APPLICATION OF THE UNITED STATES FOR A FURTHER EXTENSION OF THE SEAL<br><br>**[FILED UNDER SEAL]** |

Upon consideration of the United States' *ex parte* application for a further extension of the seal period and continuance of the scheduling conference, and for good cause shown, the Court hereby rules as follows:

1. The United States and the State of California shall have through and including September 18, 2015, to notify the Court of their decisions on whether to intervene in this action;

2. The complaint and all other filings shall remain under seal until the United States and California notice their election, or until further order of this Court;

3. The status (pretrial scheduling) conference is rescheduled for December 21, 2015, at 9:00 a.m. A joint status report shall be filed fourteen days prior to the hearing.

IT IS SO ORDERED.

Dated: January 20, 2015

[Proposed] Order Re *Ex Parte* App. For
Further Extension of the Seal and Continuance
of Pretrial Scheduling Conference

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge