1  BENJAMIN B. WAGNER
   United States Attorney
2  KELLI L. TAYLOR
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2741
   Facsimile:  (916) 554-2900
5  kelli.l.taylor@usdoj.gov

6  Attorneys for United States

7

8

9                                          **SEALED**

10

11
                   IN THE UNITED STATES DISTRICT COURT
12
                   EASTERN DISTRICT OF CALIFORNIA
13

14

15 | UNITED STATES OF AMERICA AND THE | CASE NO.  2:12-CV-1783 GEB DAD
   | STATE OF CALIFORNIA, *ex rel.*, NANCY A. |
   | SMITH and WENDY S. JOHNSON, | ORDER RE *EX PARTE* APPLICATION OF THE
16 | | UNITED STATES FOR A FURTHER EXTENSION
   | Plaintiffs, | OF THE SEAL
17 |
   | | **[FILED UNDER SEAL]**
18 | v. |
   |
19 | NEIL ALAN VAN DYCK, DPM, et al., |
   |
20 | Defendants. |

21

22        Upon consideration of the United States' *ex parte* application for a further extension of the seal

23 period and continuance of the scheduling conference, and for good cause shown, the Court hereby rules as

24 follows:

25        1.  The United States and the State of California shall have through and including February 18, 2016,

26 to notify the Court of their decisions on whether to intervene in this action;

27        2.  The complaint and all other filings shall remain under seal until the United States and California

28 notice their election, or until further order of this Court;

3.  The status (pretrial scheduling) conference is rescheduled for March 28, 2016, at 9:00 a.m.  A joint status report shall be filed fourteen days prior to the hearing.

IT IS SO ORDERED.

Dated:  September 18, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Order Re *Ex Parte* App. For Further Extension
of the Seal and Continuance of Pretrial
Scheduling Conference