Clayeo C. Arnold, SBN 65070
Gary B. Callahan, SBN 47543
Tatiana Filippova, SBN 283305
Clayeo C. Arnold, A Professional Law Corporation
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 924-3100
Facsimile: (916) 924-1829
Email: gcallahan@justice4you.com, tfilippova@justice4you.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* NANCY A. SMITH AND WENDY S. JOHNSON<br><br>      Relators,<br>vs.<br><br>NEIL ALAN VAN DYCK,<br><br>      Defendant. | Case No.: 2:12-CV-1783 GEB KJN<br><br>[PROPOSED] ORDER GRANTING RELATOR'S APPLICATION TO PARTIALLY LIFT THE SEAL |

ORDER

Upon consideration of the United States and Relators' Application to Partially Lift the Seal, and for good cause shown,

IT IS HEREBY ORDERED that the parties may disclose, both publicly and to Defendant, the existence of this *qui tam* action, the procedural history, the parties involved, a copy of the complaint and amended complaint, and all facts and allegations raised by Relators in this *qui tam* action, so that Relators can may file a motion to intervene in the criminal proceeding against Defendant Van Dyck, United States v. Neil A. Van Dyck, Crim. No. 2:15-CR-00200-GEB, and that the United States may file its opposition to such motion.

IT IS HEREBY ORDERED that the United States and State of California's intervention deadline remain to be February 18, 2016, and any further orders directing unsealing of the docket items and service of process to follow thereafter.

IT IS FURTHER ORDERED that this case be UNSEALED, that the complaint, the first amended complaint, seal extension orders, order partially lifting the seal, and this order be made part of the public case. Any future documents filed in this case will be filed unsealed.

1   IT IS SO ORDERED.

2   Dated:  January 25, 2016

3

4   _____
5   GARLAND E. BURRELL, JR.
    Senior United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING RELATOR'S APPLICATION TO PARTIALLY LIFT THE SEAL - 2