MICHAEL J. KHOURI, ESQ. [SBN 97654]
Email: mkhouri@khourilaw.com
ANDREW B. GOODMAN, ESQ. [SBN 267972]
Email: agoodman@khourilaw.com
KHOURI LAW FIRM
4040 Barranca Parkway, Suite 280
Irvine, California 92604
Telephone: (949) 336-2433
Fax: (949) 387-0044

Attorneys for defendant NEIL ALAN VAN DYCK, DPM

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA ex rel. NANCY A. SMITH and WENDY S. JOHNSON,<br><br>Plaintiffs,<br><br>vs.<br><br>NEIL ALAN VAN DYCK, DPM; NEIL ALAN VAN DYCK, DPM, INC.; and DOES 1 THROUGH 25, inclusive,<br><br>Defendants. | Case No. 2:12-cv-01783-GEB-DB<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE PRETRIAL SCHEDULING CONFERENCE TO AUGUST 22, 2016**<br><br>[Stipulation submitted concurrently]<br><br>Second Amended Complaint filed: April 25, 2016<br><br>Status conference: August 15, 2016<br>Time: 9:00 AM |

1

**[PROPOSED] ORDER**

Defendant NEIL A. VAN DYCK ("Van Dyck") and qui tam plaintiffs NANCY A. SMITH and WENDY S. JOHNSON ("Relators") (collectively Van Dyck and Relators are the "Parties"), by and through their attorneys of record, stipulated that the pretrial scheduling conference, currently scheduled for August 15, 2016 at 9:00 AM, shall be continued to August 22, 2016 at 9:00 AM.

Based on the stipulation of the Parties and good cause appearing,

**IT IS HEREBY ORDERED** that the pretrial scheduling conference currently scheduled for August 15, 2016 at 9:00 AM, shall be continued to August 22, 2016 at 9:00 AM.

**IT IS SO ORDERED.**

Dated:  August 5, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge