UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA *ex rel.*, NANCY A. SMITH and WENDY S. JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>NEIL ALAN VAN DYCK, DPM, individually, *et al.*,<br><br>Defendants. | No. 2:12-CV-01783-MCE-DB<br><br>**ORDER** |

Presently before the Court are relators Nancy A. Smith and Wendy S. Johnson ("Relators") Motion for Entry of Final Judgment (ECF No. 97), the Statement of Non-Opposition by Defendant Neil Alan Van Dyck, DPM ("Defendants") (ECF No. 99), and the Notice of Consent to Dismissal of Allegations That Were Not Part of the Summary Judgment on Liability filed by the United States (ECF No. 100). Based upon the Court's consideration of these documents, Relators' Motion (ECF No. 97) is GRANTED.

The Court hereby enters final judgment for the United States and the State of California in accordance with this Court's Orders on February 14, 2018 (ECF No. 95) and January 20, 2017 (ECF No. 86), and orders Defendants to pay the United States and the State of California damages and civil penalties as set out below within 30 days

1

after the filing of this judgment:

1. For Count I, Defendants shall pay the United States treble damages of $187,254.03 for false claims presented to Tricare;
2. For Count I, Defendants shall pay the United States treble damages of $2,862,426.33 for false claims presented to Medicare, plus $11,000.00 in civil penalties per claim for 50 false claims (i.e., $550,000.00), for a total of $3,599,680.33 to be paid to the United States;
3. For Count II, Defendants shall pay the State of California treble damages of $56,181.12, plus $11,000.00 in civil penalties, for false claims presented to Medi-Cal.

The Court further orders that any remaining allegations that were not part of the February 14, 2018 Order (ECF No. 95) are DISMISSED pursuant to Federal Rule of Civil Procedure 41(a) with prejudice as to Relators, and without prejudice to the United States and the State of California. For Counts III through IV, the Court orders that such Counts are dismissed pursuant to Rule 41(a) without prejudice.

Notwithstanding this entry of final judgement, this Court retains jurisdiction to enforce its orders in this case. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: October 18, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE